STEPHEN C. MAZZARA (SBN 251849)
  smazzara@goldbergsegalla.com
GOLDBERG SEGALLA LLP
777 S. Figueroa Street, Suite 2000
Los Angeles, CA 90017
**Mailing Address:**
P.O. Box 17220
Los Angeles, CA 90017
Telephone:  213-415-7200
Facsimile:   213-415-7299

Attorneys for Defendant
SECURITAS SECURITY SERVICES USA, INC.

ANDREA W.S. PARIS
  ap@andreaparislaw.com
ANDREA PARIS LAW, PC
23 Corporate Plaza, Suite 150
Newport Beach, CA 92660
Tel: (949) 529-0007
Fax: (888) 751-7660

Attorneys for Plaintiff ELIZABETH RODRIGUEZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| ELIZABETH RODRIGUEZ, an individual, <br><br> Plaintiff, <br><br> v. <br><br> SECURITAS SECURITY SERVICES USA, INC., a Delaware corporation, and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No. 5:21-cv-00776-SP <br> Judge: Hon. Sheri Pym <br><br> **ORDER RE VOLUNTARY DISMISSAL WITH PREJUDICE** <br><br> Complaint Filed:  03/10/2021s <br> Date Removed:   05/03/2021 <br> Trial Date:           None Set |

/ / /

/ / /

/ / /

/ / /

/ / /

# ORDER

Having considered the Joint Stipulation re Notice of Voluntary Dismissal with Prejudice and such other matters as the Court deemed relevant, and good cause appearing, **IT IS HEREBY ORDERED THAT**:

This action is dismissed with prejudice. Each Party shall bear their own cost and expenses incurred in connection to the above-referenced case. This Court will retain jurisdiction to enforce the settlement between the Parties.

**IT IS SO ORDERED.**

Dated: March 15, 2022

_____
The Honorable Sheri Pym
United States Magistrate Judge